AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| Northwest Environmental Advocates | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.  3:13-cv-01860-KI |
| United States  Environmental Protection Agency | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  U.S. Environmental Protection Agency
1200 Pennsylvania Avenue N.W.
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 30 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Bahr
Bahr Law Offices, P.C.
1035 1/2 Monroe Street
Eugene, OR  97402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **10/18/2013**

**By: s/C.Brost, Deputy Clerk**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:13-cv-01860-KI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Environmental Protection Agency was received by me on *(date)* 10/18/2013 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On October 18, 2013, I mailed the summons via U.S. Post certified postage pre-paid to:
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue N.W.
Washington, DC 20460

My fees are $ _____ for travel and $ 25.00 for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: 10/18/2013

*Server's signature*

Christian Watchie
*Printed name and title*

1035 Monroe Street
Eugene, OR  97402
*Server's address*

Additional information regarding attempted service, etc:

On October 18, 2013, I additionally mailed a copy of the summons & complaint via U.S. Post certified postage pre-paid to: U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001.

On October 18, 2013, I personally served a copy of the summons & complaint on the Eugene office of the U.S. Attorney at 405 E 8th Ave. Suite 2400, Eugene, Oregon 97401.

Print    Save As...    Reset